IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Case No. 04-cv-1619-LTB-BNB

TINA GARCIA,

Plaintiff,

v.

BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA, a wholly owned subsidiary of the Guardian Life Insurance Company of America, and
THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, a foreign insurance company,

Defendants.

_____

**ORDER**
_____

This matter is before me on the following:

1. **Status Report and Motion to Initiate Discovery**, filed July 26, 2005; and

2. **Motion to Initiate Discovery**, filed August 1, 2005.

I held a hearing on the motions this morning and made rulings on the record. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motions to Initiate Discovery are GRANTED. The scheduling order entered on October 8, 2004, is modified to the following extent:

**Discovery Cut-Off:**                    **December 16, 2005**

(All discovery must be **completed** by the discovery cut-off. All written discovery must be served so that responses are due on or before the discovery cut-off.)

**Dispositive Motions Deadline:**         **January 23, 2006**

**Expert Disclosures:**

**(a)** The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **October 21, 2005**

**(b)** The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **November 18, 2005**

**Settlement Conference:** A settlement conference will be held on **November 3, 2005, at 10:00 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. Attorneys and client representatives with full authority to settle the case must be present at the settlement conference in person. Each party shall submit a confidential settlement statement to my chambers on or before **October 27, 2005**, outlining the facts and issues in the case and containing a specific offer of compromise, including a dollar amount your client will accept or pay in settlement and any other essential terms of a settlement.

**Final Pretrial Conference:** A final pretrial conference will be held in this case on **February 13, 2006**, **at 9:00 a.m.** A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than **February 6, 2006**.

Dated August 15, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge