IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Case No. 04-cv-01619-LTB-BNB

TINA GARCIA,

Plaintiff,

v.

BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA, a wholly owned subsidiary of the Guardian Life Insurance Company of America, and
THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, a foreign insurance company,

Defendants.

_____

**ORDER**
_____

My review of the case file indicates that there is no trial date currently set in this case. The trial date previously set by the district judge was vacated on May 10, 2005, when he granted a stipulated motion to stay proceedings. No new date was obtained at the time the stay was lifted.

IT IS ORDERED that on or before **November 10, 2005**, the parties shall contact the chambers of the district judge to obtain a trial date.

Dated October 27, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge