IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Case No. 04-cv-01619-LTB-BNB

TINA GARCIA,

Plaintiff,

v.

BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA, a wholly owned subsidiary of the Guardian Life Insurance Company of America, and
THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, a foreign insurance company,

Defendants.

_____

**ORDER**
_____

This matter is before me on the parties' **Stipulated Motion to Amend Scheduling Order** (the "Motion"), filed November 10, 2005. I held a hearing on the Motion this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is GRANTED, and the case schedule is modified to the following extent:

        **Discovery Cut-Off:**        **April 3, 2006**

        (All discovery must be **completed** by the discovery cut-off. All written discovery must be served so that responses are due on or before the discovery cut-off.)

        **Dispositive Motions Deadline:**    **May 1, 2006**

**Expert Disclosures:**

**(a)**    The plaintiff shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **February 1, 2006**

**(b)**    The defendants shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **March 1, 2006**

**Final Pretrial Conference:**   The final pretrial conference set for February 13, 2006, at 9:00 a.m., is VACATED and RESET to **July 19, 2006, at 8:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.  A proposed Final Pretrial Order shall be prepared by the parties and submitted to the court no later than **July 12, 2006**.

Dated December 2, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge