# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### LEWIS T. BABCOCK, CHIEF JUDGE

Civil Case No.  04-cv-01619-LTB-BNB

TINA GARCIA,

      Plaintiff,

v.

BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA, a wholly owned Subsidiary of The
Guardian Life Insurance Company of America, and
THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, a foreign Insurance Company,

      Defendants.

_____

## MINUTE ORDER
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK


      The Stipulated Motion for Stay Pending State Court Approval of Settlement (Doc 55 -
filed February 1, 2006) is **GRANTED**.  The parties are directed to file joint status reports every
20 days.




Dated:  February 3, 2006
_____