IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE

Civil Case No. 04-cv-01619-LTB-BNB

TINA GARCIA,

    Plaintiff,

v.

BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA, a wholly owned Subsidiary of The Guardian Life Insurance Company of America, and

THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, a foreign Insurance Company,

    Defendants.

_____

# ORDER
_____

For the reasons stated on the record at the status conference held on September 13, 2006, IT IS HEREBY ORDERED as follows:

1. The stay of this matter, as ordered by the Court on February 3, 2006, [**#56**] is SET ASIDE;

2. Defendants' Opposed Motion to Vacate Trial Date [**#74**] is GRANTED and, as a result, the trial date currently set to commence October 10, 2006 is VACATED;

3. Plaintiff's Motion to Amend the Caption [**#69**] is DENIED WITHOUT PREJUDICE;

4. A Fed. R. Civ. P. 16(b) scheduling conference is set for **September 22, 2006 at 2:00 p.m.** On or before September 20, 2006, the parties shall submit to the court a proposed joint revised scheduling order that delineates any disagreement by the parties.

Dated: September   13  , 2006, in Denver, Colorado.

BY THE COURT:

  s/Lewis T. Babcock
LEWIS T. BABCOCK, CHIEF JUDGE