**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  04-cv-01619-LTB-BNB

TINA GARCIA,

       Plaintiff,

v.

BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA, a wholly owned Subsidiary of The Guardian Life Insurance Company of America,

       Defendant.
_____

**MINUTE ORDER**
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

      Plaintiff's Motion to Amend the Complaint to Include Exemplary Damages (Doc No. 88) is **DENIED WITHOUT PREJUDICE** for failure to comply with D.C.COLO.LCivR 7.1(A).

Dated:  November 17, 2006
_____