IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Case No. 04-cv-01619-LTB-BNB

TINA GARCIA,

Plaintiff,

v.

BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA, a wholly owned subsidiary of the Guardian Life Insurance Company of America, and
THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, a foreign insurance company,

Defendants.

_____

**ORDER**
_____

This matter is before me on **Defendant's Motion to Compel Discovery from Plaintiff** [Doc. # 97, filed 1/10/2007] (the "Motion to Compel"). I held a hearing on the Motion to Compel this afternoon and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Compel is GRANTED IN PART and DENIED IN PART as follows:

GRANTED to require the plaintiff to respond to the defendant's outstanding discovery requests on or before **February 15, 2007**;

DENIED AS MOOT with respect to providing record release forms from Dr. Gordon Neligh and Ms. LaVada Glass; and

DENIED with respect to the request for an award of attorneys' fees and cost.

IT IS FURTHER ORDERED that the discovery cut-off for all purposes is **April 13, 2007**.

Dated February 12, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge