IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Case No. 04-cv-01619-LTB-BNB

TINA GARCIA,

Plaintiff,

v.

BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA, a wholly owned subsidiary of the Guardian Life Insurance Company of America, and
THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, a foreign insurance company,

Defendants.

_____

**ORDER**
_____

This matter is before me on the plaintiff's **Motion to Amend Scheduling Order Re: Discovery, Dispositive Motions; Expert Disclosures** [Doc. # 140, filed 4/2/2007] (the "Motion"). I held a hearing on the Motion this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is GRANTED IN PART and DENIED IN PART as follows:

GRANTED to modify the case schedule to the following extent:

      **Discovery Cut-Off:**                        **June 29, 2007**

**Expert Disclosures:**

**(a)** The defendants shall designate their experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **May 9, 2007**

**(b)** The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **May 29, 2007**

**Final Pretrial Conference:** The final pretrial conference set for May 21, 2007, is VACATED and RESET to **July 30, 2007, at 9:00 a.m.** A proposed Final Pretrial Order shall be prepared by the parties and submitted to the court no later than **July 23, 2007**;

DENIED WITHOUT PREJUDICE insofar as the plaintiff seeks to extend the deadline for her response to the defendants' motion for summary judgment. That part of the motion may be renewed, in which event the plaintiff shall comply with the requirements of Fed. R. Civ. P. 56(f); and

DENIED in all other respects.

IT IS FURTHER ORDERED that the Rule 30(b)(6) deposition of the defendant and the deposition of the supervisor on the issue of the disability claim shall be completed on or before **May 17, 2007**.

Dated April 18, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge