IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Case No. 04-cv-01619-LTB-BNB

TINA GARCIA,

Plaintiff,

v.

BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA, a wholly owned subsidiary of the Guardian Life Insurance Company of America, and
THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, a foreign insurance company,

Defendants.

_____

**ORDER**
_____

This matter is before me on the following:

(1)     **Plaintiff's Motion for In Camera Review of Records** [Doc. # 144, filed 4/11/2007] (the "Motion for In Camera Review");

(2)     **Defendants' Motion To Compel Dr. Neligh's Complete Treatment Records or to Strike Dr. Neligh as a Witness and Preclude Admission of His Records and Reports** [Doc. # 153, filed 4/24/2007] (the "Motion to Compel");

(3)     **Plaintiff's Unopposed Motion to File Sur-Response Re: Defendant's Motion for Sanctions and to Continue the Hearing Regarding That Motion** [Doc. # 178, filed 6/1/2007] (the "Motion to File Sur-Response"); and

(4)     **Defendants' Motion for Sanctions** [Doc. # 150, filed 4/18/2007] (the "Motion for Sanctions").

I held a hearing on the motions this afternoon and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion for In Camera Review is DENIED.

IT IS FURTHER ORDERED that the Motion to Compel is GRANTED IN PART and DENIED IN PART as follows:

GRANTED to require Dr. Neligh to disclose his complete treatment records, including all documents specified in Exhibit F to the Motion to Compel;

GRANTED to require Dr. Neligh to submit to a deposition concerning his treatment of the plaintiff and matters responsive to the issues identified in Exhibit F to the Motion to Compel; and

DENIED in all other respects.

Dr. Neligh shall produce the responsive documents on or before **June 22, 2007**. In addition, to minimize the further disclosure of Dr. Neligh's records, I will enter a blanket protective order limiting the disclosure of the documents only to those people involved in this case who have a legitimate need to review the documents and solely for use in this case, should the parties request one.

IT IS FURTHER ORDERED that the Motion to File Sur-Response and the Motion for Sanctions are DENIED WITHOUT PREJUDICE. A renewed motion for sanctions, updated as may be appropriate in light of events subsequent to the filing of the original motion, shall be filed, if at all, on or before **July 9, 2007**.

Dated June 4, 2007.

                                          BY THE COURT:

                                          s/ Boyd N. Boland
                                          United States Magistrate Judge