IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE

Civil Case No.  04-cv-01619-LTB-BNB

TINA GARCIA,

        Plaintiff,

v.

BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA, a wholly owned Subsidiary of The Guardian Life Insurance Company of America, and

THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, a foreign Insurance Company,

        Defendants.
_____

## ORDER
_____

Defendants, Berkshire Life Insurance Company of America and The Guardian Life Insurance Company of America, have filed a Motion for Summary Judgment on March 8, 2007 [**Doc #119**].  Plaintiff, Tina Garcia, shall file a response brief with the court on or before July 5, 2007, and Defendants shall file any reply brief on or before July 16, 2007.

In addition, Plaintiff shall file any reply brief to Defendants' Opposition to Plaintiff's Motion for Partial Summary Judgment [**Doc # 136**] with the court on or before July 5, 2007.

Dated: June   5  , 2007, in Denver, Colorado.

                                      BY THE COURT:

                                        s/Lewis T. Babcock
                                      LEWIS T. BABCOCK, CHIEF JUDGE