IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01619-LTB-BNB

TINA GARCIA,

Plaintiff,

v.

BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA, a wholly owned
Subsidiary of The Guardian Life Insurance Company of America, and
THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, a foreign Insurance
Company,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Stipulated Motion to Amend Scheduling Order and Briefing Scheduling** [docket no. 185, filed July 2, 2007] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended as follows:

| | |
|---|---|
| Written discovery responses by both parties: | July 16, 2007 |
| Defendants' supplemental expert reports: | July 18, 2007 |
| Plaintiff's response to defendants' Motion for Summary Judgment: | July 26, 2007 |
| Plaintiff's reply regarding Plaintiff's Motion for Partial Summary Judgment: | July 26, 2007 |
| Lay Discovery cut-off: | July 31, 2007 |
| Defendants' Reply regarding defendants' Motion for Summary Judgment: | August 6, 2007 |
| Rebuttal expert reports: | August 7, 2007 |
| Expert discovery cut-off: | August 13, 2007 |

DATED: July 9, 2007