IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01619-LTB-BNB

TINA GARCIA,

Plaintiff,

v.

BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA, a wholly owned
Subsidiary of The Guardian Life Insurance Company of America, and
THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, a foreign Insurance
Company,

Defendants.
_____

# MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion to Amend Scheduling Order**
[docket no. 205, filed July 26, 2007] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and plaintiff's deadline to respond to
Defendants' Motion for Summary Judgment and to reply in support of her Motion for Partial
Summary Judgment is **September 10, 2007**.

IT IS FURTHER ORDERED that the expert discovery cut-off is extended to and
including **August 31, 2007**.

DATED:  August 2, 2007