IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01619-LTB-BNB

TINA GARCIA,

Plaintiff,

v.

BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA, a wholly owned
Subsidiary of The Guardian Life Insurance Company of America, and
THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, a foreign Insurance
Company,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     IT IS ORDERED that **Plaintiff's Motion for Enlargement of Time to Respond to Defendants' Renewed Motion for Sanctions and to Vacate September 7, 2007 Hearing** [Doc. # 212, filed 8/20/2007] is GRANTED, as follows:

     The plaintiff may have to and including **September 10, 2007**, within which to respond to Defendants' Renewed Motion to Sanctions;

     The hearing on the Defendants' Renewed Motion to Sanctions set for September 7, 2007, at 8:30 a.m., is VACATED and RESET to **October 3, 2007, at 3:30 p.m.**

DATED:  August 22, 2007