IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 04-cv-01619-LTB-BNB

TINA GARCIA,

        Plaintiff,

v.

BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA, a wholly owned Subsidiary of The Guardian Life Insurance Company of America, and

THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, a foreign Insurance Company,

        Defendants.

_____

ORDER
_____

        For the reasons stated on the record at the status conference held on September 25, 2007,

IT IS HEREBY ORDERED as follows:

        1. Plaintiff's supplemental deposition of Mr. Brian M. Donnelly, Director of Claims for Berkshire Life Insurance Company of America, shall be limited to two (2) hours in length;

        2. The final pre-trial preparation conference set for December 18, 2007, is VACATED, and is RE-SET for **Friday, December 21, 2007, at 3:30 p.m.** Counsel shall submit for the conference their exhibit lists; witness lists, including a brief synopsis of the testimony and expected length of the testimony; and proposed findings of fact and conclusions of law.

Dated: September 25, 2007, in Denver, Colorado.

                                    BY THE COURT:

                                    s/Lewis T. Babcock
                                    LEWIS T. BABCOCK, JUDGE