IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No.04-cv-01619-LTB-BNB | Date: October 31, 2007 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

| | |
|---|---|
| TINA GARCIA, | Steven Silvern |
| Plaintiff, | |
| v. | |
| BERKSHIRE LIFE INSURANCE COMPANY, actually named as Berkshire Life Insurance Company of America, a wholly owned subsidiary of The Guardian Life Insurance Company of America, | Rachel Yates<br>Edward Kimball |
| GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, THE a foreign insurance corporation | Rachel Yates<br>Edward Kimball |
| Defendants | |

### COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session:    1:34 p.m.

Appearance of counsel. Jack Noble present.

Court's opening remarks.

Argument presented.

**ORDERED:** Motion for order compelling discovery of OIG-HUD information by defendants, filed August 16, 2007; #211, is Taken Under Advisement as stated on the record.

**ORDERED:** A motion hearing, addressing the renewed motion for sanctions and motion to compel production of electronic discovery from plaintiff and certificate of compliance with U.S.D.C. R. 7.1, is set for November 14, 2007 at 8:30 a.m.

| | | |
|---|---|---|
| Court in Recess | 2:25 p.m. | Hearing concluded. |

Total In-Court Time:  00:51