IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No.04-cv-01619-LTB-BNB | Date: November 14, 2007 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

| | |
|---|---|
| TINA GARCIA, | Steven Silvern |
| Plaintiff, | |
| v. | |
| BERKSHIRE LIFE INSURANCE COMPANY, actually named as Berkshire Life Insurance Company of America, a wholly owned subsidiary of The Guardian Life Insurance Company of America, | Rachel Yates<br>Michael Beaver |
| GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, THE a foreign insurance corporation | Rachel Yates<br>Michael Beaver |
| Defendants | |

## COURTROOM MINUTES

**MOTIONS HEARING AND FINAL PRETRIAL CONFERENCE**

Court in Session:     8:37 am.

Appearance of counsel. Jack Noble present

Court's opening remarks.

Evidence is offered in regarding the defendants' renewed motion for sanctions filed July 19, 2007; #196.

Plaintiff is sworn. Direct examination of plaintiff by Steven Silvern.

Cross examination of plaintiff.

Defendants' exhibits 1, 2 3 are addressed.

Court's exhibit 1 is addressed

Re-direct examination of plaintiff.

Plaintiff rests.

Dr. Gordon Neligh sworn. Direct examination of Dr. Neligh by Steven Silvern

Plaintiff's exhibits 1 and 2 addressed.

Plaintiff rests.

Dr. Frederick Miller sworn. Direct examination of Dr. Miller by Rachael Yates

Cross examination of Dr. Miller by Mr. Silvern.

Defendants rests.

Parties to return at 2:00 a.m. to present closing arguments and for the final pretrial conference.

Court in recess:        11:33 a.m.

Court in session:       2:00 p.m.

Defendants' closing argument.

Plaintiff's closing argument

Rebuttal by defendants.

**ORDERED: Defendants' renewed motion for sanctions, filed July 19, 2007; #196, is TAKEN UNDER ADVISEMENT.**

Final pretrial order reviewed.

**ORDERED: The proposed Pretrial Order was not approved; a supplemental final pretrial conference is set for November 28, 2007 at 8:30 a.m.**
**Counsel were directed to submit a proposed Pretrial Order, in accordance with the directions of the Court, by November 26, 2007.**
**Exhibits to be supplemented with Bates numbered exhibits by November 28, 2007.**
**Exhibits to be exchanged on or before November 28, 2007.**
**Objections to be filed on or before December 10, 2007.**

Court in Recess        3:27 a.m.        Hearing concluded.

Total In-Court Time:  05:23