IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01619-LTB-BNB

TINA GARCIA,

Plaintiff,

v.

BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA, a wholly owned
Subsidiary of The Guardian Life Insurance Company of America, and
THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, a foreign Insurance
Company,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

In view of the Order [Doc. # 287] of the district judge vacating the trial preparation conference and the trial:

IT IS ORDERED that the **Unopposed Motion to Vacate Supplemental Final Pretrial Conference** [Doc. # 288, filed 11/20/2007] is GRANTED. The supplemental final pretrial conference set for November 28, 2007, at 8:30 a.m., and all related deadlines concerning preparation of a revised final pretrial order, exchange of exhibits, and filing of objections to exhibits, are VACATED, to be reset at a later date if necessary.

DATED: November 20, 2007