IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Case No. 04-cv-01619-LTB-BNB

TINA GARCIA,

Plaintiff,

v.

BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA, a wholly owned subsidiary of the Guardian Life Insurance Company of America, and
THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, a foreign insurance company,

Defendants.
_____

**ORDER**
_____

This matter is before me on the **Defendants' Unopposed Motion to Amend Findings to Recommendation of United States Magistrate Judge on Motion for Sanctions** [Doc. # 293, filed 11/27/2007] (the "Motion"). The Motion reports that certain statements made in support of the Defendants' Renewed Motion for Sanctions were erroneous and requests that I amend my findings accordingly. The Motion is not opposed.

IT IS ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that the Recommendation of United States Magistrate Judge [Doc. # 285] dated November 16, 2007, is WITHDRAWN.

Dated November 29, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge