IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 04-cv-01619-LTB-BNB

TINA GARCIA,

    Plaintiff,

v.

BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA, a wholly owned Subsidiary of The Guardian Life Insurance Company of America, and

THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, a foreign Insurance Company,

    Defendants.

## ORDER

It is HEREBY ORDERED that Defendants' Motion to Amend Findings to Order Dated December 27, 2007 [**Doc #307**] and Plaintiff's Cross-Motion to Amended Findings in Order Dated December 27, 2007 [**Doc #314**] are DENIED WITHOUT PREJUDICE, pursuant to Fed. R. Civ. P. 60(a), subject to application for leave of the appellate court.

Dated: January  23 , 2008, in Denver, Colorado.

BY THE COURT:

    s/Lewis T. Babcock
    LEWIS T. BABCOCK, JUDGE