IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 04-cv-01619-LTB-BNB

TINA GARCIA,

        Plaintiff,

v.

BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA, a wholly owned Subsidiary of The Guardian Life Insurance Company of America, and

THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, a foreign Insurance Company,

        Defendants.

___

ORDER
___

This matter is before me on Plaintiff's Motion to Amend Findings in Order Dated March 4, 2008 (Doc No. 343) and Certificate of Compliance with L.R. 7.1(A). [**Doc # 350**] In this motion, Plaintiff Tina Garcia seeks another amendment to my order dated December 27, 2007, in which I dismissed her complaint and entered judgment in favor of Defendants, Berkshire Life Insurance Company of America and The Guardian Life Insurance Company of America. [Doc #305]

I note that I have previously amended my December 27, 2007 order upon Defendants' motion. [Doc # 343] In ruling on that motion, I noted that: " the parties' arguments here are not relevant to the issues decided in this case; rather they relate to an anticipated disagreement about policy scope and future coverage." However, because I did not want my discussion of the policy to be deemed as controlling or modifying its terms, I amended the disputed language.

Specifically, I amended the language to read as follows:

> The policy at issue is a long-term disability policy. For the time period at issue here, Plaintiff is entitled to a monthly indemnity for disability benefits for as long as she is unable to work, as defined by the policy.

In this motion, Plaintiff takes issue with this new amended language, and asks that it again be modified. Specifically, "[i]n order to avoid further controversy related to this language," Plaintiff indicates that she is "willing to accept the exact language " previously proposed by Defendants. As a result, Plaintiff seeks amendment of the above language to read as follows:

> The policy at issue is a disability policy. As such, Plaintiff is entitled to a monthly indemnity for disability benefits for as long as she meets the definition and policy requirements.

Plaintiff's counsel further avers that he contacted Defendants' counsel and is authorized to represent that Defendants do not believe that the requested amendment is necessary, "but they do not oppose the relief requested."

ACCORDINGLY, I GRANT Plaintiff's Motion to Amend Findings in Order Dated March 4, 2008 (Doc No. 343) and Certificate of Compliance with L.R. 7.1(A). [**Doc # 350**] I FURTHER ORDER that my Orders dated March 4, 2008 [Doc # 343] and dated December 27, 2007 [Doc # 305] will be amended consistent with this order.

Dated: March __18__, 2008, in Denver, Colorado.

BY THE COURT:

   s/Lewis T. Babcock
LEWIS T. BABCOCK, JUDGE