**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 04-cv-01619-LTB-BNB

TINA GARCIA,

      Plaintiff,

v.

BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA, a wholly owned Subsidiary of The Guardian Life Insurance Company of America, and
THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, a foreign insurance company,

      Defendants.

---

## MINUTE ORDER

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

      Defendants' Unopposed Motion for Leave to File Surreply in Support of Defendants' Opposition to Plaintiff's Motion for Relief from Order, Dated December 27, 2007 (Doc 374 - filed September 4, 2008) is **GRANTED**. Defendants' surreply should be filed **on or before December 1, 2008**.

Dated: November 19, 2008