IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 04-cv-01619-LTB-BNB

TINA GARCIA,

        Plaintiff,

v.

BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA, a wholly owned Subsidiary of
    The Guardian Life Insurance Company of America, and
THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, a foreign Insurance
    Company,

        Defendants.
_____

ORDER
_____

Upon Plaintiff's Unopposed Motion for Leave to File a Reply to Defendants' Surreply in Support of Defendants' Opposition to Plaintiff's Motion for Relief from Order, Dated December 27, 2007 (Doc No. 305) (Doc 379 - filed November 19, 2008), it is

ORDERED that the Motion is DENIED.

                                      BY THE COURT:

                                      s/Lewis T. Babcock
                                      LEWIS T. BABCOCK, JUDGE

DATED: November 19, 2008