IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 04-cv-01619-LTB-BNB

TINA GARCIA,

    Plaintiff,

v.

BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA, a wholly owned Subsidiary of
    The Guardian Life Insurance Company of America, and
THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, a foreign Insurance
    Company,

    Defendants.

_____

ORDER
_____

Plaintiff's Motion for Leave to File Surreply in Support of Plaintiff's Reply to Defendants' Motion for Award of Attorneys Fees and Motion for Setoff Against Disability Payments (Doc 392 - filed February 8, 2009) is DENIED.

                                            BY THE COURT:

                                              s/Lewis T. Babcock
                                            LEWIS T. BABCOCK, JUDGE

DATED: February 9, 2009