IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE LEWIS T. BABCOCK

_____

Courtroom Deputy: Deborah Hansen            Date:  November 9, 2009
Court Reporter:     Gwen Daniel

_____

Civil Case No.  04-cv-01619-LTB-BNB            Counsel:

TINA GARCIA,                                              John Hertzog

      Plaintiff,

v.

BERKSHIRE LIFE INSURANCE COMPANY,            Rachel Ann Yates
et al.,

      Defendants.

_____

COURTROOM MINUTES
_____

HEARING - Motion to Vacate and Continue

09:48 a.m.    Court in Session

Appearances

Court's comments

In affirming this Court's dismissal of the Complaint in this case, the Tenth Circuit
remanded the case to determine whether three documents, produced after the
Magistrate Judge's Sanction Order, were fabricated intentionally, which were made a
part of the appellate record.

Argument/Discussion

**ORDERED:  Plaintiff's Motion to Vacate Order and for Continuance (Doc No. 409)**
**is GRANTED.**

1

**ORDERED:** **A further scheduling hearing is set Tuesday, December 29, 2009 at 9:00 a.m.  The parties shall file a joint proposed scheduling order prior to the hearing.**

10:10 a.m.   Court in Recess
             Hearing concluded
             Time: /22