IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No.  04-cv-01619-LTB-BNB

TINA GARCIA,

                    Plaintiff,

v.

BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA, a wholly owned Subsidiary of The
      Guardian Life Insurance Company of America, and

THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, a foreign Insurance Company,

                    Defendants.

_____

ORDER

_____

For the reasons stated on the record at the status conference held on February 2, 2010, I

GRANT Plaintiff Tina Garcia's request to represent herself as *pro se* counsel in this matter and,

as a result, IT IS HEREBY ORDERED that Jon Russell Hertzog is no longer Plaintiff's attorney

of record.

Dated: February   2  , 2010, in Denver, Colorado.

BY THE COURT:

    s/Lewis T. Babcock
LEWIS T. BABCOCK, JUDGE