IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Case No. 04-cv-01619-LTB-BNB

TINA GARCIA,

Plaintiff,

v.

BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA, a wholly owned subsidiary of the Guardian Life Insurance Company of America, and
THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, a foreign insurance company,

Defendants.

_____

**ORDER**
_____

Three motions for disqualification have been filed by the plaintiff (collectively, the "Motions for Disqualification"), as follows:

(1) **Plaintiff's Motion for the Recusal or Disqualification of Judge Babcock and Magistrate Judge Boland** [Doc. # 427, filed 2/10/2010];

(2) **Plaintiff's Motion for the Recusal or Disqualification of Judge Babcock and Magistrate Judge Boland** [Doc. # 428, filed 2/10/2010]; and

(3) **Plaintiff's Motion for the Recusal or Disqualification of Judge Babcock and Magistrate Judge Boland** [Doc. # 431, filed 2/12/2010].

Those portions of the Motions for Disqualification directed at me have been referred to me by the district judge for determination.

IT IS ORDERED that, as to those portion of the Motions for Disqualification directed at me, the defendants shall respond on or before **March 5, 2010**, and the plaintiff shall reply on or before **March 19, 2010**.

Dated February 12, 2010.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge