**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 04-cv-01619-LTB-BNB

TINA GARCIA,

    Plaintiff,

v.

BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA, a wholly owned Subsidiary of The Guardian Life Insurance Company of America, and
THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, a foreign insurance company,

    Defendants.

---

**MINUTE ORDER**

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

    Plaintiff's Request to Remove Duplicative Pleadings From the Docket and Motion to Supplement Plaintiff's Motion for the Recusal or Disqualification of Judge Babcock and Magistrate Judge Boland (Doc 433 - filed February 16, 2010) is GRANTED AS FOLLOWS:

    Plaintiff's pleadings, Docket #427 and #428, are stricken and Docket #431 remains.

    Plaintiff's Motion for the Recusal or Disqualification of Judge Babcock and Magistrate Judge Boland is supplemented with paragraphs 5 through 12 of Plaintiff's Motion to Supplement.

    This will confirm that Defendants response to Plaintiff's Motion to Recuse Judge Babcock (Doc 431) is due **on or before March 5, 2010**. Plaintiff's reply is due **on or before March 19, 2010**.

Dated: February 17, 2010

---