IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 04-cv-01619-LTB-BNB

TINA GARCIA,

    Plaintiff,

v.

BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA, a wholly owned Subsidiary of The Guardian Life Insurance Company of America, and

THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, a foreign Insurance Company,

    Defendants.
_____

ORDER
_____

Upon Plaintiff's Motion to Disqualify Magistrate Boland and Judge Babcock and/or a Motion for Substitution (Doc 444 - filed March 15, 2010), it is

ORDERED that as to disqualification of Judge Babcock, Defendants have **up to and including April 6, 2010** to file a response and Plaintiff has **up to and including April 20, 2010** to file a reply.

IT IS FURTHER ORDERED that as to disqualification of Magistrate Judge Boland, that portion of the motions is referred to Magistrate Judge Boland for determination.

                          BY THE COURT:

                            s/Lewis T. Babcock
                            LEWIS T. BABCOCK, JUDGE

DATED: March 16, 2010