IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 04-cv-01619-LTB-BNB

TINA GARCIA,

    Plaintiff,

v.

BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA, a wholly owned Subsidiary of The Guardian Life Insurance Company of America, and

THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, a foreign Insurance Company,

    Defendants.

_____

ORDER
_____

On August 25, 2010, mandate issued from the Tenth Circuit Court of Appeals upon its Order and Judgment issued by the Tenth Circuit Court of Appeals on August 3, 2010. In that Order and Judgment, the Tenth Circuit stated:

> "In sum, this case supports Berkshire's argument that Ms. Garcia's disability payments ('earnings' under the relevant statutes) can be set-off up to the statutory exemption levels. We thus agree that Berkshire is entitled to withhold up to twenty-five percent of $2,530 (i.e., approximately $600) from each payment it makes, until the entire judgment owed by Ms. Garcia to Berkshire is fully paid."

This Court's Order on appeal was reversed and remanded for further proceedings consistent with the Tenth Circuit's Order and Judgment. Accordingly

IT IS ORDERED that Berkshire is entitled to withhold up to twenty-five percent (25%) of $2,530 (i.e., approximately $600) from each payment it makes until the entire judgment owed by Ms. Garcia to Berkshire is fully paid.

                                        BY THE COURT:

                                        s/Lewis T. Babcock
                                        LEWIS T. BABCOCK, JUDGE

DATED:   August 30, 2010