IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Case No. 04-cv-01619-LTB-BNB

TINA GARCIA,

Plaintiff,

v.

BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA, a wholly owned subsidiary of the Guardian Life Insurance Company of America, and
THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, a foreign insurance company,

Defendants.

_____

**ORDER**
_____

This matter arises on **Defendants' Opposed Motion for Leave to Take Preservation Deposition of Edward Kimball** [Doc. # 491, filed 11/19/2010] (the "Motion").  The Motion seeks an order allowing the defendants to conduct a preservation deposition of Edward Kimball for use at an evidentiary hearing on December 20, 2010.  The Motion recites that the plaintiff "has alleged that Mr. Kimball sent to her or to her brother a copy of the claims file containing two signed authorizations, whose falsity will be determined at the evidentiary hearing"; he lives in Massachusetts, and his attendance at the hearing cannot be compelled; and his testimony is necessary.  I ordered the plaintiff to respond to the Motion by November 30, 2010, but no response was received.

Good cause being shown,

IT IS ORDERED that the Motion [Doc. # 491] is GRANTED.  The defendants may take

the deposition of Mr. Kimball and record it by videotape at such date and time as may be established by a notice of deposition and, if necessary, subpoena.

Dated December 3, 2010.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge