IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01619-LTB-BNB

TINA GARCIA,

    Plaintiff,

v.

BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA, a wholly owned subsidiary of the Guardian Life Insurance Company of America, and
THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, a foreign insurance company,

    Defendants.

---

## ORDER REGARDING
## CUSTODY OF EXHIBITS AND DEPOSITION

---

IT IS ORDERED that, at the conclusion of the hearing on December 20, 2010, counsel for Defendants shall retain custody of the exhibits and deposition until such time as all need for the exhibits and deposition has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus 60 days.

DATED at Denver, Colorado this 21st day of December, 2010.

BY THE COURT:

_____
Boyd N. Boland, U.S. Magistrate Judge