IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 04-cv-01619-LTB-BNB

TINA GARCIA,

        Plaintiff,

v.

BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA, a wholly owned Subsidiary of The Guardian Life Insurance Company of America, and

THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, a foreign Insurance Company,

        Defendants.

_____

ORDER
_____

This case is before me on the recommendation of the Magistrate Judge issued and served on January 18, 2011 (Doc 514). Plaintiff has failed to file specific written objections to the Magistrate Judge's recommendation and is therefore barred from *de novo* review. Accordingly, it is

ORDERED that the recommendation is accepted and the findings in the recommendation are accepted and made an order of this Court as follows:

    1.    Tina Garcia fabricated the letter purportedly written by Craig E. Durkin dated September 11, 1999, filed as Appendix 4 to Appellant's Supplemental Appendix;

    2.    Tina Garcia fabricated the Medical Release Authorizations purportedly dated December 15, 2003, and May 15, 2004, attached as Exhibits 1 and 2 to the Rule 60(b) Motion;

3. Tina Garcia fabricated the Renfro Report with the adulterated fax banner and surreptitiously placed it in her file at the office of the Colorado Board of Law Examiners, which she subsequently attached as Exhibit 8 to the Rule 60(b) Motion;

4. Tina Garcia intentionally fabricated these documents;

5. On remand from the Circuit Court Tina Garcia engaged in abusive and vexatious litigation abuse that needlessly expanded and multiplied the proceedings;

6. The reasonable award to Berkshire for its attorneys fees for the appeal is $35,189.50; and

7. The reasonable award to Berkshire for its attorneys fees on appeal and for Tina Garcia's litigation misconduct on remand is $87,737.50.

BY THE COURT:

   s/Lewis T. Babcock
LEWIS T. BABCOCK, JUDGE

DATED:   February 2, 2011